UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:09-60579-CIV-DIMITROULEAS/Snow

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOSE ARROYO MARTINEZ,

    Defendant.
_____/

### ORDER APPROVING FINAL JUDGMENT BY CONSENT AND CLOSING CASE

THIS CAUSE came before the court upon the filing of the parties' Final Judgment by Consent filed August 12, 2009 [D.E. 18] in the above-styled cause. Accordingly, after a careful review of the record and the court being otherwise fully advised in the premises, it is

**ORDERED, ADJUDGED and DECREED** as follows:

1. The Final Judgment by Consent filed in the above-styled case is hereby **GRANTED**. In the sum of **$5,154.17** (principal of $3,161.17, interest in the amount of $1,373.00 through July 30, 2009, attorney fees in the amount of $600.00 and service fee in the amount of $20.00) plus interest on the unpaid principal at 8% per annum from July 30, 2009, through the date of this Order. This judgment shall bear interest at the rate of 0.49% as prescribed by 28 U.S.C. §1961, and shall be enforceable as prescribed by 28 U.S.C. §§2001, et seq., 28 U.S.C. §§3001-3307, and Rule 69(a), Federal Rules of Civil Procedure. The Court retains jurisdiction of this matter for the enforcement of the terms and conditions of settlement.

2. All unresolved pending motions in this case are hereby **DENIED** as moot.

3. The Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 12th day of August, 2009.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

David E. Newman, P.A
JENNIFER MARGOLIS MARQUEZ
Email: jenmargolis@bellsouth.net
Attorney for Plaintiff

Jose Arroyo Martinez
23 S.W. 8th Street
Hallandale, Florida 33009